393 A.2d 1282

Commonwealth v. Tracy, Appellant.

Argued April 18, 1978. J. Corbett, Assistant Public Defender, with him Bernard Rubb, Assistant Public Defender, for appellant; C. Mitchell, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.